```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 04-172 |
| ) | |
| ROBERT PALADINO, ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 23rd day of October, 2006, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 20, 2004, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, November 17, 2006 at 2:30 p.m. in Courtroom #3A, 3rd floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster_____, J.
The Honorable Gary L. Lancaster,
United States District Judge

cc:   Tina O. Miller,
      Assistant United States Attorney

      Jay J. Finkelstein,
      Assistant Federal Public Defender

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation