IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 04-172 |
| | ) | |
| ROBERT PALADINO | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST ROBERT PALADINO

AND NOW, this 22nd day of Jan, 2007, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Robert Paladino in the following property (the "Subject Property") are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. §2253(a)(3):

    a Dell Inspiron laptop computer

2. The United States shall forthwith give notice to any person or entity having or claiming a legal interest in the Subject Property. The notice shall include notice of the United States' intent to dispose of the Subject Property in such manner as the Attorney General may direct and notice that any person, other than Robert Paladino having or claiming a legal interest in the Subject Property, must file a petition with the United States District Court for the Western District of Pennsylvania at Criminal No. 04-172 within thirty-five (35) from the date of actual notice.

3.  This notice shall state that a petition of any person, other than Robert Paladino, having or claiming a legal interest in the Subject Property shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Property, shall be signed by the petitioner under penalty of perjury, and shall set forth: (1) the nature and extent of the petitioner's right, title or interest in the Subject Property, (2) any additional facts supporting the petitioner's claim, and (3) the relief sought.

4. The Court will adjudicate all third-party claims.

IT IS FURTHER ORDERED, that the requirement to advertise notice with regard to the forfeiture of the Subject Property is hereby waived.

_____ J.