IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT PALADINO,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

Civil Action No. 09-20

(Criminal No. 04-172)

FILED

MAR 20 2009

U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Application for Certificate of Appeal

Movant requests that the District Court grant a Certificate of Appealability from the denial by the District Court on the 6th day of March, 2009, of Petitioner's motion under 28 USC § 2255.

I.

Jurisdiction

The District Court has jurisdiction to grant a Certificate of Appealability pursuant to 28 USC § 2253.

II.

Standard of Review

The standard by which District Courts review an application for Certificate of Appealability was established in an opinion by

AND NOW, THIS 20th DAY OF March, 09, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE